**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Nicholas TAYLOR, a.k.a Paul Blake, Defendant–Appellant.**

**No. 11–10492**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 30, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, John C. McMillan, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Robin Cindy Rosen–Evans, Federal Public Defender's Office, West Palm Beach, FL, Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Michael Nicholas Taylor, FCI Big Spring—Inmate Mail, Big Spring, TX, for Defendant–Appellant.

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin Cindy Rosen–Evans, appointed counsel for Michael Nicholas Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Taylor's conviction and sentence are AFFIRMED.